IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL BUTLER,

    Plaintiff,

v.                                  CASE NO.: 4:09cv409-SPM/WCS

KIA AUTOSPORT OF
PENSACOLA, INC.,

    Defendant.
_____/

## ORDER EXTENDING TIME TO FILE RESPONSE

Upon consideration, Defendant Kia Autosport of Pensacola Inc.'s Second Unopposed Motion for Enlargement of Time in Which to Respond to Plaintiff's Complaint (doc. 6) is granted. Defendant shall have up to and including December 14, 2009, to respond to the complaint.

SO ORDERED this 9th day of December, 2009.

                          *s/ Stephan P. Mickle*
                          Stephan P. Mickle
                          Chief United States District Judge