IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL BUTLER,

    Plaintiff,

v.                                          CASE NO.: 4:09cv409-SPM/WCS

KIA AUTOSPORT OF
PENSACOLA, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case has been dismissed without prejudice pursuant to the Plaintiff's Notice of Voluntary Dismissal Without Prejudice (doc. 8) and Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, the clerk shall close this case.

SO ORDERED this 24th day of February, 2010.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              Chief United States District Judge